E-FILED
Friday, 13 July, 2018 02:30:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

### for the
### Central District of Illinois

FILED

JUL 1 3 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| Contents/Records relating to Google, Inc. Account "Mlbhoops00@gmail.com" described in Att. A | ) |

Case No. 18-mj-7126

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A, attached hereto and incorporated by reference.

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B, attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking. |
| 18 U.S.C. § 1956 | Money Laundering. |
| 21 U.S.C. § 841 | Distribution of Controlled Substances. |

The application is based on these facts:

Please see Affidavit of Special Agent Michael Mitchell, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Michael Mitchell

*Applicant's signature*

Special Agent Michael Mitchell, ICE

*Printed name and title*

Sworn to before me and signed in my presence.

s/Colin S. Bruce

Date: July 13, 2018

_____
*Judge's signature*

City and state: Urbana, Illinois

HON. COLIN S. BRUCE, U.S. DIST. CT. JUDGE

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Michael Mitchell, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a search warrant for content and records associated with the Google, Inc. account Mlbhoops00@gmail.com (hereafter the SUBJECT ACCOUNT), which are stored at premises owned, maintained, controlled, or operated by Google, Inc., an electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043. The information and accounts to be searched are described in the following paragraphs and in Attachments A and B. This affidavit is made in support of an application for a search warrant to require Google, Inc., to disclose to the government records and other information in its possession pertaining to the subscribers or customers associated with the accounts referenced in this affidavit and further in Attachment A, including the contents of the communications.

2.      As a result of the investigation described more fully below, there is probable cause to believe that evidence, fruits, and instrumentalities of violations of federal law, including 18 U.S.C. § 1591, are contained in the SUBJECT ACCOUNT.

3.      I am a Special Agent (SA), with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Resident Agent in Charge in Springfield, Illinois. I have been employed as a Special Agent for over twenty years. As part of my daily duties as an ICE agent, I investigate criminal violations relating to

merchandise or individuals that cross the international border and crimes that affect interstate and foreign commerce such as human trafficking. I have received training in the area of Customs Law, Immigration Law, and computer forensics. I have conducted over 300 computer forensics exams since I began conducting computer forensics in 1995.

4.     I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, child exploitation and child pornography offenses enumerated in Title 18, United States Code, Sections 2251, 2252 and 2252A et seq. As an HSI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

5.     This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. I have set forth only the facts that I believe are necessary to establish probable cause that to believe that evidence of the offenses described below as described in Attachment B are stored electronically by Google, associated with the SUBJECT ACCOUNT described in Attachment A.

## DEFINITIONS

6.    The following definitions apply to this Affidavit and its Attachments:

a.  The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

b.  The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

c. "Internet Service Providers" (ISPs), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

d. "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

e. "Domain names" are common, easy to remember names associated with an IP address. For example, a domain name of "www.usdoj.gov" refers to the IP address of 149.101.1.32. Domain names are typically strings of alphanumeric characters, with each level delimited by a period.

f. "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

4

## INFORMATION THAT MAY BE AVAILABLE FROM GOOGLE, INC.

7.      From my training and experience, I have learned that Google, Inc. provides a variety of on-line services, including email access, to the public. Google, Inc. allows subscribers to obtain email accounts at the domain name "google.com." Subscribers obtain an account by registering with Google, Inc. During the registration process, Google, Inc. asks subscribers to provide basic personal information, including subscriber's name, address or location, alternative email address, and the like. While Google, Inc. does not independently verify the accuracy of the information its subscribers provide during the registration process, it does retain that information. Google, Inc. also maintains records of access to customer email accounts and email account transactions.

8.      I know that Google, Inc. offers 5 GB of free storage space per email address. This allows users to store a large amount of emails and other related content. Google Drive (formerly known as Google Docs) is a free online "cloud" storage that allows users to share files with other individuals from any device.  With Google Drive, a user can share files in lieu of sending email attachments.  Google Drive also allows its users to access their email account(s), stored images, and other content at any time from any computer with Internet access.

9.      A Google, Inc. subscriber can also store files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Google, Inc.  From my training and experience, I know that evidence of who was using an email account

5

may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

10.     In my training and experience, I have learned that email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in or session times and durations, the types of services utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often maintain records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access a specific email account.

11.     From my training and experience, I know that in some cases, email account users will communicate directly with Google, Inc. about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. From my training and experience, I know that such information may constitute evidence of the

crimes under investigation because the information can be used to identify the account's user or users.

12.     I know that Google email accounts (Gmail) are often accessed via the Internet and can be accessed on a variety of devices to include public computers, which can be readily accessible at libraries and Internet Cafés. I know that if a user accesses a Gmail account via the Internet, their messages may or may not be stored on the device used. It is likely that if a user deletes an email from his or her computer or mobile device that the email may still exist on the Google servers.

## RELEVANT STATUTORY VIOLATIONS

13.     This investigation concerns alleged violations of 18 U.S.C. § 1591, relating to sex trafficking, 18 U.S.C. § 1956, relating to money laundering, 21 U.S.C. § 841, relating to distribution of controlled substances.

a.     **Sex Trafficking (18 U.S.C. § 1591):** This investigation concerns alleged violations of **18 U.S.C. § 1591,** which prohibits a person who knowingly in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or who benefits, financially or by receiving anything of value, from participation in a venture, knowing or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

b.     **Money Laundering (18 U.S.C. § 1956):** This investigation concerns alleged violations of **18 U.S.C. § 1956,** which makes it unlawful for anyone who, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or

attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity, with the intent to promote the carrying on of specified unlawful activity; or with intent to engage in conduct constituting a violation of section 7201 or 7206 of the Internal Revenue Code of 1986; or, knowing that the transaction is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or to avoid a transaction reporting requirement under State or Federal law.

c. **Distribution of Controlled Substances (21 U.S.C. § 841):** This investigation concerns violations of **21 U.S.C. § 841**, which makes it unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

## PROBABLE CAUSE

14.     In early October 2017, Urbana Police Department (UPD) Officer Adam Marcotte observed a black 2004 Ford Expedition bearing Illinois registration number AJ42866 parked near a local motel with an occupant or occupants inside. Officer Marcotte ran said registration number through the Illinois Secretary of State database and learned that this vehicle was registered to Lamar Stapleton of Springfield, Illinois. Shortly thereafter, Officer Marcotte received a Crime Stoppers tip which indicated that a "Franshon STAPLETON" was using a black Ford Explorer (which is similar in appearance to a Ford Expedition) to transport prostitutes to and from hotels in the Champaign-Urbana area. The caller detailed STAPLETON's physical description, his date of birth, and the names of five alleged prostitutes-three of which were previously known to Officer Marcotte through his official duties at UPD. Officer Marcotte searched STAPLETON'S name and date of birth in the LEADS law enforcement database and

learned that STAPLETON's Illinois driver's license was suspended and he had been arrested numerous times for various offenses. Based on said information, Officer Marcotte determined that he should be on the lookout for said Ford Expedition and Franshon STAPLETON.

15.     On November 11, 2017, at about 12:04 AM, Officer Marcotte saw the black 2004 Ford Expedition bearing Illinois registration number AJ42866 parked at the Circle K gas station located at 1809 North Cunningham Road, Urbana. Said gas station is in close proximity to two hotels, known to law enforcement because they are often used for commercial sexual activity. Officer Marcotte saw a black male (later identified as STAPLETON) get into the driver's seat of the vehicle. Officer Marcotte contacted STAPLETON and the vehicle's rear seat passenger, R.M. (who was later determined to be one of the individuals involved in commercial sex acts named in the Crime Stoppers tip).

16.     Urbana Police conducted a canine sniff of STAPLETON's vehicle which resulted in a positive alert. A search of the vehicle yielded approximately 4.8 grams of a substance that tested positive for the presence of cocaine, $4,912 in cash, drug paraphernalia, several hundred condoms, and four cellular telephones - one of which was a gray-colored Samsung Galaxy J3 cellular telephone (model SM J327A, IMEI number 3571530866550791). STAPLETON and R.M. were arrested and charged with Unlawful Possession of a Controlled Substance in Champaign County Circuit Court.

17.     After securing this phone and before submitting it as evidence, Officer Marcotte observed a message displayed on said telephone's home screen that read 'wya

I need another dub' that indicated it had been sent from the telephone number 217-666-7835, Officer Marcotte and Urbana Detective Michael Cervantes knew from their training and experience that "wya" is an abbreviation for "'where you at" and that "dub" is a slang term commonly used to refer to $20 worth of cocaine or other illicit substance. Based on this message, the Samsung Galaxy J3 cellular telephone (model SM J327A, IMEI number 3571530866550791) was likely being used to arrange the delivery of a controlled substance.

18.    Detective Michael Cervantes checked LEADS law enforcement database and found that on August 11, 2016, STAPLETON was convicted of the offense of Manufacture/Delivery of a Controlled Substance in Sangamon County, Illinois case number 15-CF-959 and sentenced to 36 months of probation.

19.    On November 15, 2017, Sixth Judicial Circuit Judge Thomas J. Difanis authorized the search of the Gray Colored Samsung Galaxy J3 Cellular Telephone (Model SMJ327A IMEI Number 3571530866550791) for evidence relating to the offenses of Unlawful Possession/Possession with Intent to Deliver a Controlled Substance, Prostitution, and/or Promoting Prostitution.

20.    UPD Detectives Michael Cervantes and Elizabeth Alfonso reviewed data that was recovered from the Samsung Galaxy J3 telephone, pursuant to the State of Illinois search warrant.  The cellphone was found to be registered to STAPLETON. Detectives found several text messages, videos, and photos that were indicative of STAPLETON's involvement in the promotion of prostitution as well as various drug related text messages. Using information from the cellphone, the detectives were able to

match 15 phone numbers involved in text messages to several prostitution ads on

BackPage.com.

**BACKPAGE**

21.    BackPage is a classified advertising website launched in 2004. It offers

classified listings for a wide variety of products and services including automotive, jobs

listings, and real estate. In 2011, BackPage was the second largest classified ad listing

service on the Internet in the United States after Craigslist. BackPage became well-

known to law enforcement beginning in 2011 for allegations that their adult services

subsection was used for prostitution and human trafficking, particularly involving

minors. In early 2017, BackPage removed the adult services subsection from their

website in the United States, although said adult services simply moved to both the

dating and massage sections of the site. On April 6, 2018, the Department of Justice with

multiple law enforcement partners seized BackPage, therefore the website is no longer

operational. Law enforcement agents involved in this investigation conducted research

on this website prior to April 6, 2018.

22.    One of the phone numbers identified on STAPLETON's Samsung J3

cellphone was (217) 600-1644. Detectives located an ad on BackPage.com which had been

posted on September 28, 2017, and listed a response phone as (217) 600-1644. The ad was

titled "**Invite Us Over**[house emoji] **For Some Fun** [100 emoji]**, Babe** [smiley emojis] **Wouldn't**

**Want To Miss This**[lips emoji] **- 23**" and the text of the ad stated "Grown Man Play Only.

Now law welcome. Very Naughty Please NO Be texts! All pics Are US We will COME to

YOU ONLY if you can host (217) 600-1644.  Text US NOW! I'm RED. Friend is Heather.

Double the Fun To your place only. Serious men only Also my other 2 friend buddy's. Only to YOUR place." The ad showed a female with red hair. The detectives believed that female to be R.M., the same female who was arrested with STAPLETON on November 11, 2017. The ad showed three additional pictures of a female with red hair, also believed to be R.M. In these pictures the female's face is obscured because she either held a cellphone in front of her face or she is turned around. The IP address[1] associated with this ad is assigned to T-Mobile, who was unable to provide the subscriber information. The email associated with this ad is moneyman20172016@gmail.com.

23.     On or about January 24, 2018, the US Attorney's Office issued a subpoena to BackPage requesting records relating to 15 phone numbers that were identified by UPD detectives through the examination of STAPLETON's Samsung J3 cellphone, including phone numbers (217) 600-1644 and (219) 300-3285. BackPage provided records in response to the subpoena on or about January 26, 2018.

## ANALYSIS OF BACKPAGE RECORDS

24.     SA Bowers reviewed the records that were provided by BackPage in response to the subpoena. SA Bowers found an ad which was first posted on October 19, 2017, and was subsequently reposted 43 times (Post ID 80002267) through January

---

[1] The term "IP" (Internet Protocol) is defined as the primary protocol upon which the Internet is based.  An IP allows a packet of information to travel through multiple networks (groups of linked computers) on the way to its ultimate destination. The term "IP Address" is defined as a unique number assigned to every computer or subnetwork directly connected to the Internet.  There are two protocols of IP Address; Internet Protocol version 4 (IPv4) is a set of 4 octets such as 104.240.100.235 where each octet can have a value of 0-255.  This means that IPv4 addresses are 32 bits in size.  This value limitation causes a limited number of IPv4 addresses and as such a new version, Internet Protocol version 6 (IPv6) was created.  IPv6 addresses are 128 bits in size causing an exponentially larger number of possible addresses.  IPv6 address example would be 2001:0db8:8f1d:0032:ba12:ee67:0932:b723.

24, 2018. The email account which was used to post this ad was moneyman20172016@gmail.com. The response phone number for this ad was (217) 600-1644. This ad a picture of a female with red hair holding a cellphone in front of her face. This picture seemed to match one of the pictures that were on the BackPage ad which was posted on September 28, 2017.

25.     A review of all data provided by BackPage in response to the subpoena showed that moneyman20172016@gmail.com was used to post or repost ads on BackPage.com over 160 times between August 1, 2017 through January 24, 2018.

26.     SA Bowers also found an ad that was posted on September 27, 2017. This ad was only posted once. The email account which was used to post this ad was hillarybanks048@gmail.com. The response phone number for this ad was (219) 300-3285. This ad was titled "Red Hot – New Number!! 2 girl special – 19." This ad showed three pictures of a female with red hair. In these pictures the female's face is obscured because she either held a cellphone in front of her face or she is turned around. These pictures seemed to match the pictures that were on the BackPage ad which was posted on September 28, 2017.

27.     A review of all data provided by BackPage in response to the subpoena showed that hillarybanks048@gmail.com was used to post or repost ads on BackPage.com over 200 times between August 1, 2017 and January 24, 2018. Other telephone numbers associated with the hillarybanks048@gmail.com account include 217-666-7866, 217-601-6790, 309-822-5589, and 312-448-6838.

28.     In an ad originally created on September 15, 2017, SA Bowers recognize images of an individual later identified in this affidavit as Jane Doe (Post ID 77085107). The email address associated with this ad is hillarybanks048@gmail.com. The ad is entitled, "**SeXxY** [Jane Doe] **Or Ashley from Champaign area – 21**" and states, "Come see me the I'm a snake using pics when I was not high I'm a liar and i love black men 217 601 6790 I live in Champaign." This ad was posted 25 times, including on November 6 and 7, 2017, from IP address 23.25.41.1. This IP address belongs to Comcast Communications.

29.     On March 6, 2018, Comcast confirmed, in response to a subpoena, that the subscriber assigned to IP address 23.25.41.1 is the Red Roof Inn, 212 W. Anthony Dr., Champaign, Illinois.

30.     Another ad also associated with the hillarybanks048@gmail.com account was created on September 30, 2017 and posted 94 times between October 2017 and January 2018. This ad includes pictures of the same female believed to be R.M. and another female, believed to be J.Y. Several of the images in this ad were located on STAPLETON's telephone seized in November 2017, by the Urbana police department. This ad was posted from IP address 23.25.41.1 on multiple occasions, including on January 17, 18, 19, and 20, 2018. As noted above, this IP address belongs to Comcast and in response to a subpoena, Comcast confirmed that IP address 23.25.41.1 is assigned to the Red Roof Inn, 212 W. Anthony Dr., Champaign, Illinois.

## ANALYSIS OF THE TEXT MESSAGES ON THE SAMSUNG GALAXY

31.     Your Affiant examined data from STAPLETON's Samsung J3 cellphone and he found numerous conversations which appear to indicate that STAPLETON was engaged in a venture to promote commercial sex acts. For example, on December 16, 2016, the following conversation was noted where it appears that STAPLETON is paying an individual involved in commercial sex acts in drugs to engage in a commercial sex act with another:

| 13094530382 | 16/12/2016 02:39:27 | Read | Incoming | I need sum crack lol |
| 13094530382 | 16/12/2016 02:47:58 | Read | Incoming | He paying for an hour when he get here I'ma text u will u blow me up 35 min into it |
| 13094530382 | 16/12/2016 02:48:54 | Sent | Outgoing | Sure will |
| 13094530382 | 16/12/2016 02:50:36 | Read | Incoming | Destiny phone still ain't done nothing |
| 13094530382 | 16/12/2016 02:50:50 | Read | Incoming | I set a generic as up for her |
| 13094530382 | 16/12/2016 02:50:56 | Read | Incoming | Ad |
| 13094530382 | 16/12/2016 02:51:18 | Sent | Outgoing | Yeah it's up getting hits |
| 13094530382 | 16/12/2016 02:51:54 | Read | Incoming | Coo. She need to work I can't support her the entire timw |
| 13094530382 | 16/12/2016 02:52:11 | Read | Incoming | Can u have sum stuff ready for me when I get done plz |
| 13094530382 | 16/12/2016 02:52:23 | Sent | Outgoing | Springfield just on bull Shit |
| 13094530382 | 16/12/2016 02:53:19 | Read | Incoming | He bout to pull up stRt timer smh |
| 13094530382 | 16/12/2016 02:56:09 | Sent | Outgoing | Lol |
| 13094530382 | 16/12/2016 03:18:20 | Read | Incoming | Call me |

15

| 13094530382 | 16/12/2016 05:03:24 | Read | Incoming | See ya all later |

32.     On December 19, 2016, the following text conversation appears to involve STAPLETON recruiting another individual involved in commercial sex acts to engage in commercial sex acts:

| 13094530382 | 19/12/2016 03:08:38 | Read | Incoming | Naw I talked to another girl who wanna work she said they always out there |
| 13094530382 | 19/12/2016 03:08:56 | Sent | Outgoing | Where she at |
| 13094530382 | 19/12/2016 03:09:44 | Read | Incoming | Our here at anotjer room where I'm at |
| 13094530382 | 19/12/2016 03:09:58 | Sent | Outgoing | She cute |
| 13094530382 | 19/12/2016 03:10:21 | Read | Incoming | Decent |
| 13094530382 | 19/12/2016 03:10:31 | Read | Incoming | Tons of potential |
| 13094530382 | 19/12/2016 03:11:02 | Sent | Outgoing | She have a man or managee |
| 13094530382 | 19/12/2016 03:11:11 | Sent | Outgoing | Manager |
| 13094530382 | 19/12/2016 03:11:34 | Read | Incoming | No |
| 13094530382 | 19/12/2016 03:12:05 | Sent | Outgoing | Tell her send me pics |
| 13094530382 | 19/12/2016 03:12:33 | Read | Incoming | But very young n dumb easily influence by young gang banging white punks |
| 13094530382 | 19/12/2016 03:12:48 | Read | Incoming | I got to work on her |
| 13094530382 | 19/12/2016 03:12:59 | Sent | Outgoing | Lol good I can fix that |
| 13094530382 | 19/12/2016 03:17:56 | Sent | Outgoing | I need pics where she at |

| 13094530382 | 19/12/2016 03:23:26 | Read | Incoming | Same hotel as me o may have her rag along woth me |
| 13094530382 | 19/12/2016 03:24:14 | Sent | Outgoing | Lol I just,want pics |

33.     On December 27, 2016, the following text conversation appears to involve

STAPLETON recruiting another individual involved in commercial sex acts to engage

in commercial sex acts:

| 2176000816 | 27/12/2016 04:46:03 | Sent | Outgoing | I'm recruiting |
| 2176000816 | 27/12/2016 04:46:16 | Sent | Outgoing | If you want to make $$$$$$$ |
| 2176000816 | 27/12/2016 04:46:37 | Sent | Outgoing | Or know any white females who want to travel |
| 2176000816 | 27/12/2016 04:46:56 | Sent | Outgoing | No more then an hour away each stop |

34.     On January 27, 2017, the following text conversation appears to

involve STAPLETON talking to one of the individuals involved in commercial sex

acts and arranging to get her some drugs:

| 13096131458 | 27/01/2017 06:17:56 | Sent | Outgoing | Who what im always at the red roof inn find me a girl who wants to make some $$$$% |
| 13096131458 | 27/01/2017 06:20:35 | Read | Incoming | Dont message my phone lhh oms |
| 13096131458 | 27/01/2017 06:21:04 | Sent | Outgoing | What the fuck are you ok |
| 13096131458 | 27/01/2017 06:21:07 | Sent | Outgoing | On |
| 13096131458 | 27/01/2017 07:06:51 | Sent | Outgoing | You dont have to act like a beyotch |
| 13096131458 | 27/01/2017 18:20:06 | Sent | Outgoing | Shon |
| 13096131458 | 27/01/2017 19:01:14 | Sent | Outgoing | ????????? |

| | | | | |
|---|---|---|---|---|
| 13096131458 | 27/01/2017 19:34:34 | Read | Incoming | Huh |
| 13096131458 | 27/01/2017 19:35:44 | Read | Incoming | I need some more of that |
| 13096131458 | 27/01/2017 19:35:47 | Read | Incoming | Wya |
| 13096131458 | 27/01/2017 19:35:55 | Read | Incoming | Im tryna get ahold of josey for u |
| 13096131458 | 27/01/2017 19:37:00 | Sent | Outgoing | .I'll be there in 5 mins come out same place |
| 13096131458 | 27/01/2017 19:43:15 | Read | Incoming | Tell me when can u give me something fat for 30 please |
| 13096131458 | 27/01/2017 19:48:40 | Sent | Outgoing | Imhere |
| 13096131458 | 27/01/2017 19:50:30 | Read | Incoming | Im coming have it ready |
| 13096131458 | 27/01/2017 21:19:21 | Read | Incoming | Wyd wya |
| 13096131458 | 27/01/2017 21:31:25 | Read | Incoming | I need |
| 13096131458 | 27/01/2017 21:44:09 | Sent | Outgoing | Lol on my way there |
| 13096131458 | 27/01/2017 21:50:30 | Read | Incoming | Lmk when you here please |
| 13096131458 | 27/01/2017 21:50:37 | Read | Incoming | Phone had died |
| 13096131458 | 27/01/2017 21:54:22 | Sent | Outgoing | What u need |
| 13096131458 | 27/01/2017 21:58:42 | Read | Incoming | I got 25$ |

35.     On January 28, 2017, the following text conversation appears to involve STAPLETON setting up work for an individual involved in commercial sex acts and telling her he is going to take his 35% cut to engage in commercial sex acts:

| | | | | |
|---|---|---|---|---|
| 13095503950 | 28/01/2017 02:16:06 | Sent | Outgoing | I have a 140 call for. You and i get 50 you can use my room I'll pick you up |
| 13095503950 | 28/01/2017 08:39:04 | Sent | Outgoing | Yoooooooooooo |

18

| 13095503950 | 28/01/2017 08:39:08 | Sent | Outgoing | Yoooooo |
| 13095503950 | 28/01/2017 08:39:19 | Sent | Outgoing | You wanna work today |
| 13095503950 | 28/01/2017 08:59:33 | Read | Incoming | Wats up |
| 13095503950 | 28/01/2017 09:00:55 | Sent | Outgoing | Do you want to work i can post the ad work the phone get you calls provide the room but i get my cut |
| 13095503950 | 28/01/2017 09:03:05 | Read | Incoming | Yea |

36.　On February 8, 2017, the following text conversation appears to involve STAPLETON setting up ads for another individual involved in commercial sex acts to engage in commercial sex acts:

| 13099225522 | 08/02/2017 11:09:34 | Read | Incoming | Whats up |
| 13099225522 | 08/02/2017 14:22:19 | Read | Incoming | You hear anything yet bout any moneyy. |
| 13099225522 | 08/02/2017 14:24:18 | Sent | Outgoing | Making the ad now |
| 13099225522 | 08/02/2017 14:25:34 | Sent | Outgoing | Send me some pics |
| 13099225522 | 08/02/2017 14:26:03 | Read | Incoming | U already got em all |
| 13099225522 | 08/02/2017 14:32:44 | Read | Incoming | What kind of pics we dont want no pussy or face shots on there |
| 13099225522 | 08/02/2017 14:36:06 | Sent | Outgoing | Well send what you do want |
| 13099225522 | 08/02/2017 14:36:56 | Read | Incoming | Those two ass shots and well send u another pic in a min |

37.　On March 4, 2017, the following text conversation appears to involve STAPLETON setting up a purchase of ice or meth an individual involved in commercial sex acts:

| 13096131458 | 04/03/2017 06:48:41 | Sent | Outgoing | Find me some ice or meth |
|---|---|---|---|---|
| 13096131458 | 04/03/2017 06:48:57 | Sent | Outgoing | This chic needs it |
| 13096131458 | 04/03/2017 06:53:20 | Read | Incoming | Okay how much |
| 13096131458 | 04/03/2017 06:58:50 | Sent | Outgoing | 50 |
| 13096131458 | 04/03/2017 07:33:32 | Read | Incoming | Okay |

38.    On March 7, 2017, the following text conversation appears to involve

STAPLETON talking to an individual involved in commercial sex acts to come

back to work for him. The discussion includes discussion of his cut (30%):

| 13096131458 | 07/03/2017 14:05:10 | Sent | Outgoing | Where are you |
|---|---|---|---|---|
| 13096131458 | 07/03/2017 14:05:35 | Sent | Outgoing | Bring your ass home |
| 13096131458 | 07/03/2017 14:05:51 | Sent | Outgoing | How you gonna leave the fam |
| 13096131458 | 07/03/2017 14:06:00 | Sent | Outgoing | Knowing we miss you |
| 13096131458 | 07/03/2017 14:18:41 | Read | Incoming | I know man. Ive just been doing me honestly. Just stackin up. Yall know i didnt mind helpin the family eat but i gotta do me for a lil to stack'save and get |
| 13096131458 | 07/03/2017 14:19:24 | Read | Incoming | Somewhere n life like my cary house . Stability. I aint getting any younger and jaylen. Growing up |
| 13096131458 | 07/03/2017 14:19:29 | Read | Incoming | I love yall |
| 13096131458 | 07/03/2017 14:19:36 | Read | Incoming | 111 fome visit tonight tho |
| 13096131458 | 07/03/2017 14:31:40 | Sent | Outgoing | We are not stopping you from stacking up ..we we're a team as you put it... |

20

| 13096131458 | 07/03/2017 14:31:56 | Sent | Outgoing | That damn crack is the problem |
|---|---|---|---|---|
| 13096131458 | 07/03/2017 14:32:17 | Sent | Outgoing | Thats why you cant stack not because of 30% |
| 13096131458 | 07/03/2017 14:32:39 | Read | Incoming | Yeah |
| 13096131458 | 07/03/2017 14:33:06 | Read | Incoming | And that 30%a big difference than me getting the full amount ^^^^ |
| 13096131458 | 07/03/2017 14:33:22 | Sent | Outgoing | 600 to 1000 a day in crack |
| 13096131458 | 07/03/2017 14:33:24 | Read | Incoming | And i get balls for 150 now and they last me 2 days so im good. Now frfr |
| 13096131458 | 07/03/2017 14:33:48 | Sent | Outgoing | That 30% went to them.dealers anyways |
| 13096131458 | 07/03/2017 14:34:44 | Read | Incoming | You know i kbow wtf it is. Frfr it was a big fucking problem. |
| 13096131458 | 07/03/2017 14:35:50 | Sent | Outgoing | Im gonna make it regardless we just thought you finally found people you could trust and wouldnt fuck you over but i guess we were wrong |
| 13096131458 | 07/03/2017 14:36:38 | Sent | Outgoing | Them other fools only care about what you bring to them we actually liked you |

**Interview Of Jane Doe[2] On March 16-17, 2018**

39.    On March 16 and March 17, 2018, Urbana Police Detectives Michael

Cervantes and Elizabeth Alfonso interviewed Jane Doe, an adult white female, at the

Champaign County Jail. Jane Doe stated that around November 2017 she was contacted

by R.M., a girl with whom she had previously used drugs. R.M. told Jane Doe that she

had a way for Jane Doe to make money to support her drug habit. Jane Doe met up with

---

[2] Jane Doe's criminal history includes felony convictions for Driving Under the Influence (2014) and Aggravated Driving Under the Influence (2017).  Agents have been able to corroborated Jane Doe's statements through other evidence in this investigation, including digital media analysis, other witness statements, and surveillance of the subjects involved.  Jane Doe has not been afforded any consideration by the government in exchange for the information provided to law enforcement in this case.

R.M. a short time later and R.M. introduced her to STAPLETON. She said that STAPLETON could see that she was "sick" and needed to get well so he gave her drugs, specifically heroin, for free. Then he paid for her to stay in a hotel room, free of charge. After a couple of days STAPLETON came to her room and "made" her have sex with him. He then told her that there were going to be other men that would come by the room and have sex with her, leave money with her, and then he would come by and pick up the money. STAPLETON told her that they money he was collecting was for the hotel room and the drugs which he was providing to her. Jane Doe said that she now felt "indebted" to him. Jane Doe described engaging in prostitution for STAPLETON for the next couple of weeks. STAPLETON repeatedly engaged in sexual intercourse with Jane Doe and he told her that he was knocking it off the tab that she owed him. STAPLETON was never specific when Jane Doe asked him how much she owed him. Therefore she never knew when her "debt" was paid off.

40.    Jane Doe stated that STAPLETON's girlfriend "set up all the calls." She said that STAPLETON would call into the hotel room in which Jane Doe was staying and tell her that a guy was coming to her room now and how much the guy was going to pay her. STAPLETON then told her how much of the money she would have to give to him, sometimes it was the entire amount and other times it was only part of the amount.

41.    Jane Doe stated that she knew two other girls that were involved in commercial sex acts for STAPLETON. She stated that both girls were bad drug addicts and that they would do whatever STAPLETON told them to do because they just

wanted their next "fix" from him. Jane Doe stated that when she was working for STAPLETON that she only serviced three clients per night but that the two other girls would service as many as 10-15 clients per night. STAPLETON gave Jane Doe a hard time by saying that she was lazy for only having a few clients per night. Jane Doe said that she told him it wouldn't matter because he would just take all of her money anyway.

42.     Jane Doe said that STAPLETON paid for hotel rooms for the girls but that they had to work to pay them off. She said that the girls stayed in various hotels around the Champaign area.

43.     Jane Doe stated that she worked for STAPLETON for about one month and that she saw about 15 clients total during that time.

44.     Jane Doe confirmed that STAPLETON physically forced her to have sex with him between 10-20 times and that he slapped her across the face twice.

45.     Jane Doe was asked if she ever saw STAPLETON recruiting other girls and Jane Doe stated that STAPLETON told the girls that if they knew any younger and pretty girls that didn't have kids that they should bring the girls to meet him. Jane Doe stated that she never brought any girls to meet STAPLETON.

46.     When the detectives asked Jane Doe about BackPage ads she stated that BackPage was the only place that she knew that ads were being posted. She said that STAPLETON talked about how the ads were already set up and ready to go and that he just kept reposting the page. Jane Doe stated that STAPLETON never took pictures of her for the BackPage ads but that she knew that he did take sexually provocative photos

of the other girls because they told her so and she also saw the girls' pictures on BackPage.

47.     The detectives showed a picture of an adult black male to Jane Doe and she identified him as Franshon STAPLETON. She said that she knew his first and last name because she had seen his mugshot after he was arrested once and it showed his full name. She said that she knew him as "Shon" and also by another nickname, "Bird."

48.     During that interview, Jane Doe described STAPLETON as having an SUV STAPLETON would sell drugs out of as well as a "gold car," that STAPLETON would drive when his SUV was impounded. Jane Doe further described STAPLETON's gold car as an older model vehicle that was really big and "looks like a boat." Jane Doe believed that STAPLETON's car could be a Lincoln or a Mercury.

### Interview Of Jane Doe On May 1, 2018

49.     On May 1, 2018, SA Bowers and Urbana Police Detective Michael Cervantes conducted a follow-up interview with Jane Doe. Jane Doe had previously confirmed to detectives that she was involved in commercial sex acts  for STAPLETON. She stated that sometime between September and November 2017 she overdosed on heroin that had been given to her by STAPLETON. She stated that she remembered snorting the heroin and laying next to STAPLETON on the bed in a hotel room. She stated that the next thing she was aware of was waking up at the hospital. She believed that she had been transported there by an ambulance. She was advised by hospital staff that Fentanyl was found in her system, indicating that the heroin had been laced.

50.     Jane Doe stated that she remembered STAPLETON encouraging her to stay with him / keep working for him rather than leaving to see her family. She stated that she knew that she would go through withdrawals from the lack of heroin that STAPLETON had been providing to her.

51.     Jane Doe recounted that on two or three occasions that STAPLETON and K.C., an adult white female, drove her to a residence north of Champaign and dropped her off for a 2-3-hour visit with an adult black male. She stated that typically K.C. entered the man's residence first to collect the money. Jane Doe stated that she knew that she (Jane Doe) didn't get the full amount of money that was paid for the commercial sex acts. For example, on one occasion Jane Doe knew that the man had paid $300 to K.C. for two hours with Jane Doe for the purpose of having sex, talking, companionship, and drug use. Jane Doe stated that STAPLETON only paid her $75 when he picked her up. Jane Doe stated that the man gave her an extra $100 without STAPLETON's knowledge. The man told Jane Doe that he knew that STAPLETON ripped off the girls that were brought to him.

52.     Jane Doe described the consequences she endured if she refused to meet with the men. She said that STAPLETON would berate her, hit her, including punching her and strangling her. Jane Doe also observed STAPLETON hit and berate other women who he used to engage in commercial sex acts. Jane Doe stated that STAPLETON would hold "family meetings" where the women, including R.M. and J.Y., would be lined up on the bed while STAPLETON pressed his finger to their

25

forehead to show that he was in control. Once when R.M. tried to swat STAPLETON's

hand away, Jane Doe observed STAPLETON punch her in the face and chest.

### Interview of Jane Doe on May 8, 2018

53.     On May 8, 2018, Urbana Police Detective Michael Cervantes and Urbana

Police Officer P. Bennett conducted a follow-up interview with Jane Doe. During this

interview Det. Cervantes showed Jane Doe pictures of a white female which had been

recovered from STAPLETON'S phone and which Cervantes suspected to be photos of

Jane Doe. She said that she had forgot about the photos of her posing for him, but

remembered that he took them at the Extended Stay as they were the only two in the

room at the time.

### Arrest Of R.M. And K.C. On April 20, 2018

54.     On April 20, 2018, Officer J. Warren, with the Champaign Police

Department, conducted a traffic stop of a black Ford Expedition, IL # AJ42866, traveling

westbound in Bradley Avenue. Officer Warren observed that the driver, later identified

as K.C., had a small amount of blood that was coming from a possible injection site on

her arm. A K9 officer was asked to respond and positively alerted to the vehicle. The

passenger of the vehicle was identified as R.M. Officer Warren located a small white

glass smoking device on the floor board next to the front passenger seat where R.M. had

been seated. A field test of the metal webbing on this pipe tested positive for cocaine. In

addition, several pieces of a white granular substance, consistent with crack cocaine

were located on the floor board of the driver side of the vehicle and on the center of the

rear passenger seat. This substance also tested positive for the presence of crack cocaine.

55.     Detective Cervantes reviewed phone calls made from R.M. to 217-741-9245, from the Champaign County jail. This number is the same number that was assigned to the cellphone seized from STAPLETON in November, 2017, and believed to be ported to his new cellphone. K.C. also participates in the call while at Champaign County jail. During the call, the male, believed to be STAPLETON, yells at K.C. for following someone to an ATM and ask why she would do that. K.C. responds, "because he was the trick and we were getting the money." STAPLETON responds, "fuck that, stupid ass! You really talking like that on the phone" and then hangs up on her.

### Interview with John Doe[3] on May 15, 2018

56.     On May 11, 2018, HSI agents began covert surveillance of individuals believed to be associated with STAPLETON, specifically using the telephone number 217-600-1644. This surveillance led agents to an individual, later identified as a known informant for a local law enforcement agency.

57.     On May 15, 2018, SA Trevor Waite interviewed this individual. During the interview John Doe admitted to being the user of telephone number (217) 600-1644 for approximately the last year. John Doe admitted to running "lines" for Stapleton, utilizing the aforementioned number, as well as other numbers set up through a texting application on the phone for approximately two years. John Doe stated this entailed

---

[3] John Doe's identity is known to law enforcement.  Based on his involvement in ongoing investigations, he is referred to herein as John Doe.  John Doe has criminal history that includes arrests for burglary, manufacture/delivery cannabis (10-30grams), and robbery.  John Doe has provided information to local law enforcement for several years and has been compensated financially for this information. John Doe was not compensated for the information provided in this affidavit.

posting advertisements for girls to Backpage and Skipthegames.com, among others, for the purposes of commercial sex acts. The ads would include the aforementioned number as the number to contact for services. John Doe stated potential clients would contact him and he would arrange the date, time, and agreed price for the commercial sex act. After arranging the commercial sex, John Doe would contact STAPLETON, pursuant to their agreement, with information about the client, the agreed upon price, and the services requested. John Doe stated STAPLETON would then contact the girls regarding the client.

58.     John Doe stated in return for running the "lines" John Doe would receive varying amounts of money from STAPLETON. John Doe stated that Stapleton took a cut of the proceeds and gave the girls varying amounts of funds, depending on how much the girls owed him. John Doe stated that he did not have much interaction with the girls, but denied seeing STAPLETON hit them, although he said STAPLETON yelled at them. John Doe stated he would meet STAPLETON up to two times per day to collect his portion of the proceeds, including as recently as May 15, 2018.

59.     John Doe stated while advertisements were being posted on Backpage, John Doe would average approximately twelve to fifteen clients per day that were referred to STAPLETON for services from the girls on John Does "lines." John Doe stated after Backpage was shut down this slowed to approximately four to five clients per day that he referred to STAPLETON for services. John Doe stated he was currently running two "lines" for STAPLETON's girls. John Doe stated STAPLETON'S girl (that he referenced by name, identified in this affidavit as K.C.) also ran other "lines" for

STAPLETON. John Doe was shown several photographs. He recognized STAPLETON, K.C., R.M., and several other females identified in this investigation involved in commercial sex acts.

60.　　John Doe confirmed that STAPLETON was staying at the Red Roof Inn, in Champaign, Illinois, with K.C.

### May 17, 2018, Search of STAPLETON's Room at the Red Roof Inn

61.　　Law enforcement officers and I executed a search of STAPLETON's room at the Red Roof Inn, more fully described as the premises located at 212 W. Anthony Dr. in Champaign, Ill., which is the Red Roof Inn, Room #245.

62.　　As a result of that search, officers recovered a debit card issued by Green Dot Bank indicating the card holder was K.C. The recovered debit card was affixed to the mailing form with the activation instruction sticker still attached to the card, suggesting that the debit card was recently ordered and may not have yet been activated.

63.　　Based on the discovery of the Green Dot Bank debit card issued to K.C. found in STAPLETON's room, officers caused a subpoena to be issued to Green Dot Bank requesting all records for accounts that listed "Fransohn Stapleton" as the account holder.

64.　　In addition to requesting information regarding STAPLETON, the subpoena also requested all records for accounts that listed K.C. and "John Doe" as the account holders as well as all records for accounts listing moneyman2017206@gmail.com as the account holder's email address.

## Green Dot Bank Subpoena Return

65.     Green Dot Bank subsequently produced records indicating that "Fransohn Stapleton" was the card holder of an account with "card reference number" 9958257331692813. The card number connected to that account ended with 2191.

66.     According to Green Dot Bank's records, the account with card reference number 9958257331692813 included the following information associated with that account.

    a.  Card holder:  FRANSOHN STAPLETON

    b.  Home Phone:  2177419245

    c.  Email:  Mlbhoops00@gmail.com (the SUBJECT ACCOUNT)

    d.  Residential Address 1:  1840 Hastings Rd.

    e.  Residential City:  Springfield

    f.  Residential State:  IL

67.     Aside from the email address listed for the account with card reference number 9958257331692813, the other account holder information matched information known to law enforcement regarding STAPLETON's prior residential address.

68.     Further, the Green Dot Bank records also indicated that the account for which John Doe was the account holder utilized the email address of moneyman20172016@gmail.com.

69.     Green Dot Bank also provided a ledger of transactions pertaining to the Green Dot Bank account with card reference number 9958257331692813, which lists the SUBJECT ACCOUNT as the card holder's email address.

70.    The Green Dot Bank account with card reference number 9958257331692813 posts its first transaction on May 2, 2017, and its last transaction on May 5, 2018. However, although activity on the account is steady from May 2017 until January 6, 2018, the last four transactions occur on February 5, 2018; March 5, 2018; April 5, 2018; and May 5, 2018, respectively. These final four transactions are each identified as "Monthly Maintenance Fee" in the amount of $7.95.

71.    Among the transactions posted to the Green Dot Bank account with card reference number 9958257331692813, which lists the SUBJECT ACCOUNT as the card holder's email address, are two transactions for $90.40 for "LA QUINTA INNS #0553" located in Champaign, Illinois, dated November 16, 2017. Both of these transactions were declined.

72.    Another transaction for the "LA QUINTA INNS #0553" located in Champaign, Illinois, posted on November 17, 2017. This transaction in the amount of $94.92, was also declined.

73.    On May 28, 2018, Detective Cervantes of the Urbana, Illinois, Police Department, interviewed the general manager of the La Quinta Inn located at 1900 Center Drive in Champaign, Illinois. The general manager indicated that the La Quinta Inn in Champaign rented a room to STAPLETON on November 16, 2017. STAPLETON used phone number 217-741-9245 (the same number registered to the Green Dot Bank account with card reference number 9958257331692813, which lists the SUBJECT ACCOUNT as the card holder's email address) to reserve the room. The total charges for that room were $90.40. There were two attempts to charge a Visa card ending in

31

2191 the $90.40 cost of the room rental on November 16, 2017. A third attempt to charge

$90.40 to a Visa ending in 2191 was made on November 17, 2017.

74.     The Green Dot Bank subpoena returns indicate that the Green Dot Bank

account with card reference number 9958257331692813, which lists the SUBJECT

ACCOUNT as the card holder's email address, had a card number of 413970122282191,

which was the same card used at the La Quinta Inn on November 16 and 17, 2017.

## CONCLUSION

75.     I submit that this affidavit supports probable cause for a search warrant

authorizing the search of the property described in Attachment A to seek the items

described in Attachment B.

76.     Based on my training and experience, and the facts as set forth in this

affidavit, there is probable cause to believe that there have been violations of Title 18,

U.S.C. § 1591, which "prohibits a person who knowingly in or affecting interstate or

foreign commerce, or within the special maritime and territorial jurisdiction of the

United States, recruits, entices, harbors, transports, provides, obtains, advertises,

maintains, patronizes, or solicits by any means a person; or who benefits, financially or

by receiving anything of value, from participation in a venture, knowing or in reckless

disregard of the fact, that means of force, threats of force, fraud, coercion or any

combination of such means will be used to cause the person to engage in a commercial

sex act, or that the person has not attained the age of 18 years and will be caused to

engage in a commercial sex act," and that evidence of those violations exist and are

located at the premises owned, maintained, controlled, or operated by Google, Inc., an

electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California  94043.

## JURISDICTION

77.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3) and 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that - has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(I).

78.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

s/Michael Mitchell

_____

Michael Mitchell
Special Agent
Department of Homeland Security

Subscribed and sworn to before me
On July 13, 2018:

s/Colin S. Bruce

_____

HON. COLIN S. BRUCE
UNITED STATES DISTRICT COURT JUDGE

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

This warrant applies to information associated with Google account Mlbhoops00@gmail.com that is stored at premises owned, maintained, controlled, and/or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

## ATTACHMENT B

## ITEMS TO BE SEIZED

**I.     Information to be disclosed by Google, Inc.:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Inc., Google, Inc. is required to disclose the following information to the government associated with Google account Mlbhoops00@gmail.com

a.     The contents of all emails and instant messages stored in the specified account, including copies of emails and instant messages sent to and from the account, draft emails, the source and destination addresses associated with each email or instant message, the date and time at which each email or instant message was sent, and the size and length of each email or instant message;

b.     All records or other information regarding the identification of the email or instant messaging account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files to also include any Gmail/Google drive contents;

d.      All records pertaining to communications between Google, Inc., and any person regarding the account, including contacts with support services and records of actions taken.

## II.      Information to be seized by the government:

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the statutes listed on the warrant involving the Google account Mlbhoops00@gmail.com, including information pertaining to the following matters:

a.      Records related to violations of Title 18 U.S.C. § 1591, sex trafficking;

b.      Records relating to who created, used, or communicated with the account Mlbhoops00@gmail.com; including records about their identities and whereabouts. Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

c.      Records relating to the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Google, Inc. and my official title is _____. I am a custodian of records for Google, Inc.. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Google, Inc., and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Google, Inc.; and

c.      such records were made by Google, Inc., as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____          _____
Date                             Signature